THIRD DEPARTMENT, SEPTEMBER, 1955.

(September 13, 1955.)

In the Matter of ROSARIO RESCA, Respondent, against THOMAS E. ROHAN et al., Constituting the State Liquor Authority, Appellants.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See ante, p. 944.]

(September 14, 1955.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED SOUZA CAVERIO, Appellant.—

Foster, P. J., Bergan, Halpern and Zeller, JJ., concur. [See ante, p. 369.]

JOSEPH ALBARELLI, Appellant, v. BENJAMIN F. MUCHAW, Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of the Claim of CHAUNCEY H. BENEDICT, Respondent, against MARION B. MADDEN et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.

In the Matter of the Claim of NATHAN BERGER, Appellant, against ATLANTIC METAL PRODUCTS CO. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See 285 App. Div. 1192.]